86 F.3d 1149
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Quinton Lee COOK, Plaintiff-Appellant,
v.
BROWN CREEK CORRECTIONAL INSTITUTION; Officer Byrd;
Officer Roberts; Officer Doss; Officer White;
Jeffrey Binns, Sergeant; Sergeant
Gaddy, Defendants-Appellees.
 No. 95-8568.
 United States Court of Appeals, Fourth Circuit.
 Submitted May 16, 1996.
Decided June 3, 1996.
 
 W.D.N.C.
 AFFIRMED.
 Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, District Judge. (CA-95-464-3-MU)
 Quinton Lee Cook, Appellant Pro Se.
 Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.
 Affirmed by unpublished per curiam opinion.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Cook v. Brown Creek Correctional Inst., No. CA-95-464-3-MU (W.D.N.C. Nov. 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED